IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALBERT W. CARTER,

    Plaintiff,

v.                                                       CASE NO. 1:10-cv-00165-MP -GRJ

ERIC K SHINSEKI, UNITED STATES OF AMERICA,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 12, Joint Report of Rule 26, Federal Rules of Civil Procedure, initial conference, in which the parties agree to all deadlines. The Joint Report is adopted, and the Clerk is directed to set the appropriate deadlines therefrom.

**DONE AND ORDERED** this _8th_ day of March, 2011

                *s/Maurice M. Paul*

                Maurice M. Paul, Senior District Judge