IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALBERT W. CARTER,

    Plaintiff,

v.          CASE NO. 1:10-cv-00165-MP-GRJ

ERIC K SHINSEKI, UNITED STATES OF AMERICA,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 16, Motion for New Scheduling Order by Albert W. Carter III.  Plaintiff requests a new scheduling order to permit the filing of past due discovery and proposes the following deadlines:  (a) Rule 26(a)(2) Disclosures of Expert Witnesses shall be made no later than September 14, 2011, and defendant's Expert Witness Disclosures shall be made within 45 days thereafter; (b) Discovery shall not be later than December 13, 2011; and (c) Dispositive motions, including motions for summary judgment, shall be filed on or before January 2, 2012.  Defendant has no objection to a new scheduling order.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. Plaintiff's Motion for New Scheduling Order, Doc. 16, is GRANTED.

2. The Clerk is directed to enter a new scheduling order setting all the appropriate deadlines therein.

**DONE AND ORDERED** this   *16th* day of June, 2011

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge