IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALBERT W. CARTER,

     Plaintiff,

v.                                                                CASE NO. 1:10-cv-00165-MP-GRJ

ERIC K SHINSEKI, UNITED STATES OF AMERICA,

     Defendants.

_____/

# O R D E R

This matter is before the Court on Doc. 18, Second Motion for New Scheduling Order by Albert W. Carter.  Plaintiff needs additional time to secure a Medical Expert, and proposes the following deadlines: (a) Rule 26(a)(2) disclosures of expert witnesses shall be made no later than October 14, 2011, and defendant's expert witness disclosures shall be made within 45 days thereafter; (b) discovery shall not be later than January 12, 2012; and (c) dispositive motions, including motions for summary judgment, shall be filed on or before February 2, 2012. Defendant has no objection to a new scheduling order. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     Plaintiff's Second Motion for New Scheduling Order, Doc. 18, is GRANTED.

2.     The Clerk is directed to enter a new scheduling order setting all the appropriate deadlines therein.

**DONE AND ORDERED** this   *15th* day of September, 2011

       *s/Maurice M. Paul*

       Maurice M. Paul, Senior District Judge