# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

ALBERT W. CARTER,

    Plaintiff,

v.                                                    CASE NO. 1:10cv165-MP-GRJ

UNITED STATES OF AMERICA,

    Defendants.

_____/

## O R D E R

    This matter is before the Court on plaintiff's Notice of Voluntary Dismissal with Prejudice. (Doc. 22). Unless a notice of dismissal is filed before the defendant serves an answer or motion for summary judgment or a stipulation is signed by all parties who have appeared, the action may be dismissed at the plaintiff's request only by court order. *See* Fed. R. Civ. P. 41(a). Here, the defendant has answered the complaint but has not signed a stipulation of dismissal. Nevertheless, the Court finds that dismissal is appropriate.

    Accordingly, it is now ORDERED:

    1.    This case is dismissed with prejudice at the plaintiff's request pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

    2.    The Clerk is directed to close the file, but the Court retains jurisdiction for sixty (60) days pursuant to N.D. Fla. Loc. R. 16.2(D).

    **DONE and ORDERED** this 25th day of January, 2012.

                                                      s/ *M. Casey Rodgers*
                                                      **M. CASEY RODGERS**
                                                      **CHIEF UNITED STATES DISTRICT JUDGE**